# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of December, two thousand and fourteen.

Before:	Ralph K. Winter,
	*Circuit Judge*.

_____

United States of America,

Appellee,

v.

Michael Steinberg,

Defendant-Appellant.

_____

**ORDER**
Docket No. 14-2141

Appellant moves to hold this appeal in abeyance until the Government decides whether to petition for further appellate review in docket nos. 13-1837 and 13-1917, and pending final resolution of such petition.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

