# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand and fifteen.

_____

United States of America,
    Appellee,

v.

Michael Steinberg,
    Defendant-Appellant,

Todd Newman, *et al.*,
    Defendants.

_____

**ORDER**
Docket No. 14-2141

    By orders dated August 6, 2014 and December 31, 2014, this appeal has been held in abeyance pending the Court's final disposition of the appeals in docket nos. 13-1837 and 13-1917. On April 3, 2015, this Court denied the Government's petition for panel rehearing and rehearing *en banc* in docket nos. 13-1837 and 13-1917.

    Upon due consideration, IT IS HEREBY ORDERED that the stay of this appeal is lifted. Appellant's principal brief must be filed on or before April 22, 2015.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court